## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

|  |  |
|---|---|
| **JON STELTER,** individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>**FIRST MERCHANTS BANK**<br><br>        Defendant. | Case No: 1:21-cv-02132-JMS-MG |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Jon Stelter, and Defendant, First Merchants Bank, by counsel, hereby stipulate to the dismissal of this action with prejudice. Each party shall bear their own fees and costs incurred with this action.

Dated: October 11, 2021

Respectfully submitted,

/s/ Scott S. Morrisson
Scott S. Morrisson, Atty. No. 11633-49
KRIEG DeVAULT LLP
12800 North Meridian Street, Suite 300
Carmel, Indiana 46032-5407
Telephone: (317) 238-6201
Facsimile: (317) 636-1507
Email: smorrison@kdlegal.com

Kay Dee Baird, Atty. No. 28821-73
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204
Telephone: (317) 238-6306
Facsimile: (317) 636-1507
Email: kbaird@kdlegal.com

/s/ Lynn A. Toops
Lynn A. Toops, No. 26386-49
Lisa M. La Fornara, No. 35280-53
COHEN AND MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Phone: (317) 636-6481
ltoops@cohenandmalad.com
llafornara@cohenandmalad.com

J. Gerard Stranch, IV*
Martin F. Schubert*
BRANSTETTER, STRANCH
& JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203

*Attorneys for Defendant,*
*First Merchants Bank*

Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@bsjfirm.com
martys@bsjfirm.com

Christopher D. Jennings*
JOHNSON FIRM
610 President Clinton Avenue, Suite 300
Little Rock, Arkansas 72201
Phone: 501-372-1300
Fax: 888-505-0909
chris@yourattorney.com

* To seek admission *pro hac vice*

*Counsel for Plaintiff and the Proposed Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, a copy of the foregoing document was served via the Court's online filing system on all attorneys of record.

s/Lynn A. Toops
Lynn A. Toops