UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JON STELTER,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**FIRST MERCHANTS BANK**<br><br>　　　　　　　　　Defendant. | Case No: 1:21-cv-02132-JMS-MG |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice, filed on October 11, 2021, this action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any putative class claims, on the terms agreed to and set out by the parties [19]. The Motion to Compel dkt [11] is denied as moot.

　　**SO ORDERED.**

Date: 10/12/2021

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF.